

Newman, Lourie, and O'Malley, Circuit Judges.

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**SAVANTAGE FINANCIAL SERVICES, INC., Plaintiff–Appellant**

v.

**UNITED STATES, Defendant–Appellee**

2016–1145

United States Court of Appeals,
Federal Circuit.

August 16, 2016

SCOTT F. LANE, Thompson Coburn LLP, St. Louis, MO, argued for plaintiff-appellant. Also represented by TIMOTHY F. NOELKER; KATHERINE S. NUCCI, Washington, DC.

WILLIAM JAMES GRIMALDI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., DOUGLAS K. MICKLE, EMMA BOND; ROSE ANDERSON, Office of Gen-

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**FARSTONE TECHNOLOGY, INC., a California Corporation, Plaintiff–Appellant**

v.

**APPLE INC., a California Corporation, Defendant–Appellee**

2016–1210

United States Court of Appeals,
Federal Circuit.

August 16, 2016

KENNETH STEIN, Stroock & Stroock & Lavan LLP, New York, NY, argued for plaintiff-appellant. Also represented by Joseph Diamante, CHARLES E. CANTINE, IAN DIBERNARDO.

JOSEPH R. PALMORE, Morrison & Foerster LLP, Washington, DC, argued for defendant-appellee. Also represented by SETH W. LLOYD, BRIAN ROBERT MATSUI; VINCENT JOSEPH BELUSKO, BITA RAHEBI, Los Angeles, CA.